UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-25070CIV-KMW

HENRY E BILBAOB and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

INTERNATIONAL GENERAL SUPPLY, LLC., &
CAROLOS A PAZ,

        Defendants.
_____

## PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim, and states as follows:

1. With respect to Plaintiff's weekly schedule, Plaintiff would work from 9:00 a.m. until 7:30 p.m. Monday through Thursday, 9:00am until 2:00 am on Fridays, and from 10:00 am to 5:00 p.m. every other Saturday.  On average, Plaintiff worked 63.5 hours per week.

2. Plaintiff was employed from August 1, 2013 to January 6, 2016 during which time he did not miss any days of work due to illness.

3. Plaintiff reserves all legal arguments relevant to the issue of compensable time.

### FEDERAL OVERTIME WAGE CLAIM:

**Period Claimed:** December 6, 2013, through January 6, 2016
Weeks: 108 weeks
Overtime hours per week: 22.5 hours
Amount of overtime per hour not compensated: $37.50/hr (based on hourly rate of $25.00/hr)
Total overtime wages unpaid: **$91,125**

**Total Overtime Wage Claim and Liquidated Damages: $91,125.00 x 2 = $182,250.00**

**Attorney Fees:**

Hours worked: 4.5 hours

Blended rate: $300.00/hour

Total Fees: $1,350.00

**Plaintiff seeks all fees and costs under the FLSA.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on December 16, 2016.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

3