UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-25070CIV-KMW

HENRY E BILBAOB and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

INTERNATIONAL GENERAL SUPPLY, LLC., &
CAROLOS A PAZ,

        Defendants.
_____

## PLAINTIFF'S FIRST AMENDED STATEMENT OF CLAIM

Plaintiff, by and through the undersigned counsel, hereby files his Statement of Claim, and states as follows:

1. With respect to Plaintiff's weekly schedule, Plaintiff would work from 9:00 a.m. until 7:30 p.m. Monday through Thursday, 9:00am until 2:00 am on Fridays, and from 10:00 am to 5:00 p.m. every other Saturday. On average, Plaintiff worked 62.5 hours per week.

2. Plaintiff was employed from December 6, 2013 to January 6, 2016 during which time he did not miss any days of work due to illness.

3. Plaintiff reserves all legal arguments relevant to the issue of compensable time.

**FEDERAL OVERTIME WAGE CLAIM:**

| Week 1 and 3 of the Month | |
|---|---|
| Hours Worked Per Week | 59 |
| Payment | $25.00/hr |
| Paid Salary Per Week | $ 1,000.00 |
| Hours Salary intended to Compensate | 40 |
| Still Owed Per Week | $ 712.50 |

| Week 2 and 4 of the Month | |
|---|---|
| Hours Worked Per Week | 66 |
| Payment | $25.00/hr |
| Paid Salary Per Week | $ 1,000.00 |
| Hours Salary intended to Compensate | 40 |
| Still Owed Per Week | $ 975.00 |

| Total Weeks Worked | 108 |
|---|---|
| Total Unpaid Compensation | $ 99,533.00 |

**Total Overtime Wage Claim and Liquidated Damages: $99,533.00 x 2 = $199,066.00**

**Attorney Fees:**

Hours worked: 4.5 hours

Blended rate: $300.00/hour

Total Fees: $1,350.00

**Plaintiff seeks all fees and costs under the FLSA.

    Respectfully Submitted,

    J.H. Zidell, P.A.
    300 71st Street, Suite 605
    Miami Beach, Florida 33141
    Tel: (305) 865-6766
    Fax: (305) 865-7167
    *Attorneys for Plaintiff*

    By: /s/ Joshua H. Sheskin

Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on December 16, 2016.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028