16-cv-25070-KMW/Simonton

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HENRY E BILBAO and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiffs, <br><br> vs. <br><br> INTERNATIONAL GENERAL SUPPLY, LLC, <br> CARLOS A PAZ, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

1/4/2017
SERVED
7 oup
PR# 747

### SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
INTERNATIONAL GENERAL SUPPLY, LLC
Registered Agent: Belkis L Rincon
5465 NW 112th Path
Miami, FL 33178

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 6, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. : 16-25070

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* INTERNATIONAL General Supply, LLC
was received by me on *(date)* 12/6/16 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AETRS L. RINCON R/A , who is
designated by law to accept service of process on behalf of *(name of organization)* INTERNATIONAL
General Supply, LLC on *(date)* 1/4/17 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 1/4/17

Server's signature

FRANK AYLLON
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

12/13/2016 10:18 3058657167 JH ZIDELL PA PAGE 01/01

Case 1:16-cv-25070-KMW Document 8 Entered on FLSD Docket 12/12/2016 Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HENRY E BILBAO and all others similarly )
situated under 29 U.S.C. 216(b), )
)
      Plaintiffs, )
vs. )
) 16-cv-25070-KMW
INTERNATIONAL GENERAL SUPPLY, )
LLC, )
CARLOS A PAZ, )
)
      Defendants. )
)

1/4/2017 SERVED
DATE
TIME 70 JP
BY 70

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
CARLOS A PAZ
5465 NW 112th Path
Miami, FL 33178

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
        300 71ST Street, Suite 605
        Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 12, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Autumn Sandoval
Deputy Clerk
U.S. District Courts

3 2 8

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No..  :

16-25070            PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Carlos A Pak
was received by me on (date) 1/4/16

☒ I personally served the summons on the individual at (place) 3465 NW 112 Pct
Miami Fl                                    on (date) 1/4/16        ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $   20.00   for travel and $   20.00   for services, for a total of $   40.00

I declare under penalty of perjury that this information is true.

Date: 1/4/16

_____
Server's signature

FRANK AYLLON
Printed name and title

3465 NW Miami Fl
Server's address

Additional information regarding attempted service, etc: