UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 16-cv-25070-KMD**

HENRY E BILBAO and all others similarly
situated under 29 U.S.C. 216(b),

       Plaintiff,

vs.

INTERNATIONAL GENERAL SUPPLY,
LLC, CARLOS A PAZ,

       Defendants,

_____/

**DEFENDANTS, INTERNATIONAL GENERAL SUPPLY LLC and CARLOS A PAZ, MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**COMES NOW**, the Defendants, INTERNATIONAL GENERAL SUPPLY LLC, (hereinafter IGS) and CARLOS A PAZ, (hereinafter "PAZ"), by and through the undersigned attorney and pursuant to the Federal Rules of Civil Procedure, and hereby file this Motion for Extension of Time to Respond to Plaintiff's Complaint, and in support state as follows:

    1.    The Plaintiff, HENRY E BILBAO, (hereinafter "BILBAO"), filed the underlying Complaint on or about December 6, 2016 and subsequently served the Defendants, IGS and PAZ in this case with Summons and Complaint on January 4th 2017.

    2.    Undersigned counsel was retained by IGS and PAZ for representation of the underlining litigation defense on January 25, 2017.

    3.    On January 26, 2017, IGS and PAZ' response to Plaintiff's Complaint is due undersigned counsel does have sufficient time to prepare a response to the complaint in the next 24 hours.

1
**Hector A Pena, P.A.**
11110 SW 88 Street, Suite 102, Miami, Florida 33176

4. The instant Motion is not filed for the purpose of harassment or delay.

**WHEREFORE,** the Defendants, IGS and Paz, respectfully requests that this Honorable Court enter an Order extending the time to respond to the Plaintiff's, Complaint for an additional fifteen (15) days; to wit, February 9th, 2017, and such other relief this Court deems just and proper.

**I HEREBY CERTIFY** that counsel for the Movant has conferred with opposing counsel who may be affected by the relief sought in this Motion in a good faith effort to resolve the issues raised in said Motion. This day, undersigned counsel for Movant emailed Mr. Joshua H. Sheskin, Esq., opposing counsel, and he stated that he had no objection to granting the Motion for extension of time to file a response to Plaintiff's Complaint.

Dated 25th day of January, 2017

Respectfully Submitted,

/s/ Hector A. Pena,Esq._____
HECTOR A. PENA, ESQ.
FBN: 25503
Email: hpenalaw@gmail.com

Hector A. Pena, PA
11110 SW 88 Street, Suite 102
Miami, Florida 33176
Tel: (305) 888-4404
Fax: 786-528-6979

Attorneys for Defendants *IGS and PAZ.*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on the 25th day of January, 2015, we electronically, filed the foregoing document with the Clerk of the Court using, CM/ECF. We also certify that a true and correct copy of the foregoing and proposed order was e-mailed this 25th day of January, 2017 to:

**Rivkah Fay Jaff** (Rivkah.Jaff@gmail.com), **Joshua Howard Sheskin** (jsheskin.jhzidellpa@gmail.com), **Neil Tobak** (ntobak.zidellpa@gmail.com), **Jamie H. Zidell** (ZABOGADO@AOL.COM) 300 71st Street Suite 605 Miami Beach, FL 33141.

Respectfully Submitted,

                                                Respectfully Submitted,

                                                /s/ Hector A. Pena, Esq._____
HECTOR A. PENA, ESQ.
FBN: 25503
Email: hpenalaw@gmail.com

Hector A. Pena, PA
11110 SW 88 Street, Suite 102
Miami, Florida 33176
Tel: (305) 888-4404
Fax: 786-528-6979