UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 16-cv-25070-KMD

HENRY E BILBAO and all others similarly
situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

INTERNATIONAL GENERAL SUPPLY,
LLC, CARLOS A PAZ,

        Defendants,
_____/

## DEFENDANTS ANSWER and AFFIRMATIVE DEFENSES

**COMES NOW**, the Defendant, INTERNATIONAL GENERAL SUPPLY LLC, (hereinafter IGS) and CARLOS A PAZ, (hereinafter "PAZ"), by and through the undersigned attorney hereby files its answer and affirmative defenses and state as follows:

### Jurisdiction

1. Defendants admit that Plaintiff purports to bring a claim under the Fair Labor Standards Act, as amended 29 U.S.C. § 201 et seq., but denies any inference of wrongdoing on its part or that they are liable to Plaintiff for any of the relief they seek.

2. Denied.

3. Admitted as to IGS transaction Business in Miami Dade Florida. Denied as to all other allegations contained in paragraph, section, number 3 of the complaint.

4. Admitted as to Paz being the owner and/or manager for IGS. Denied as to all other allegations contained in paragraph, section, number 4 of the complaint.

5. Admitted.

### COUNT I. FEDERAL OVERTIME WAGE VIOLATION

6. Admitted as to "This action arises under the laws of the United States." Denied as to all other allegations contained in paragraph, section, number 6 of the complaint.

7. Admitted.

8. Admitted.

9. Denied.

10. Admitted as to "Defendant's business activities involve those to which the Fair Labor Standards Act applies." Denied as to all other allegations contained in paragraph, section, number 10 of the complaint.

11. Denied as to Plaintiff being and employee of IGS or Paz.

12. Denied.

13. Admitted.

14. Admitted.

15. Denied.

16. Denied.

As to the unnumbered wherefore clause on Plaintiff's complaint Denied.

## STATEMENT OF AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint fails, in whole or in part, to state a claim upon which relief may be granted.

SECOND AFFIRMATIVE DEFENSE

Defendant's deny any liability under or within the meaning of the FLSA as regards overtime compensation. However, to the extent that the Court may determine that Defendant's acts or omissions cast either or both in liability under such statute, Plaintiffs' claims are, nonetheless, barred by the provisions of the Act, 29 U.S.C. § 260, because the acts or omissions complained of were done in good faith and with reasonable grounds for believing that the acts or omissions were not in violation of the FLSA.

THIRD AFFIRMATIVE DEFENSE

To the extent any claim arises outside the statute of limitations, it is barred by the limitations period set forth in the Act, 29 U.S.C. § 255.

FOURTH AFFIRMATIVE DEFENSE

Defendants assert that Plaintiff's claims are barred by payment in that Plaintiffs have received all compensation to which he is entitled under the FLSA.

FIFTH AFFIRMATIVE DEFENSE

Defendants assert that any insubstantial or insignificant periods of recorded time, which as a practical administrative matter cannot be recorded precisely, are de minimis and may be properly disregarded, in accordance with 29 C.F.R. § 785.47.

SIXTH AFFIRMATIVE DEFENSE

Defendants assert that Plaintiff is not similarly situated to any other person or persons for purposes of the FLSA.

SEVENTH AFFIRMATIVE DEFENSE

Plaintiff did not work with or for Defendants during any period of time alleged in the complaint.

**Reservation of Rights**

Discovery is still ongoing on this matter Defendants reserve the right to amend these affirmative at a future date.

WHEREFORE, having answered Plaintiffs' Complaint and having raised affirmative defenses, Defendants respectfully requests that the Court enter an Order:

(a) dismissing Plaintiffs' Complaint with prejudice;
(b) awarding Defendants the costs and disbursements of this action, including attorneys' fees; and
(c) awarding Defendants such other and further relief as the Court deems just and proper.

/s/ Hector A. Pena,Esq.
HECTOR A. PENA, ESQ.
FBN: 25503
Email: hpenalaw@gmail.com

Hector A. Pena, PA
11110 SW 88 Street, Suite 102
Miami, Florida 33176
Tel: (305) 888-4404
Fax: 786-528-6979

Attorney for Defendants *IGS and PAZ.*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on the 7th day of July, 2017, I electronically, filed the foregoing document with the Clerk of the Court using, CM/ECF. I also certify that a true and correct copy of the foregoing and proposed order was e-mailed this 9th day of February, 2017 to: **Rivkah Fay Jaff** (Rivkah.Jaff@gmail.com), **Joshua Howard Sheskin** (jsheskin.jhzidellpa@gmail.com), **Neil Tobak** (ntobak.zidellpa@gmail.com), **Jamie H. Zidell** (ZABOGADO@AOL.COM) 300 71st Street Suite 605 Miami Beach, FL 33141.

Respectfully Submitted,

Respectfully Submitted,

/s/ Hector A. Pena,Esq._____
HECTOR A. PENA, ESQ.
FBN: 25503
Email: hpenalaw@gmail.com

Hector A. Pena, PA
11110 SW 88 Street, Suite 102
Miami, Florida 33176
Tel: (305) 888-4404
Fax: 786-528-6979